# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

TODD WALKER,                               :

    Plaintiff,                         :    Case No.  3:11cv00445

vs.                                        :    District Judge Thomas M. Rose
                                                                                   Magistrate Judge Sharon L. Ovington
MICHAEL J. ASTRUE,                         :
Commissioner of the Social
Security Administration,                   :

    Defendant.                         :

## ORDER

       This case is before the Court upon the parties' Joint Motion For Remand.  (Doc. # 12).  In light of the parties' stipulation, the Court finds that an Order remanding this matter for further administrative proceedings is warranted under sentence four of 42 U.S.C. §405(g).

       On remand, the Appeals Council of the Social Security Administration will remand the matter to an administrative law judge for a new hearing and a new decision, with instruction to the administrative law judge to 1) update the treatment evidence on the Plaintiff's medical condition; 2) articulate how she has evaluated the credibility of the Plaintiff's complaints; 3) expressly evaluate the treating, examining, and non-examining medical source opinions in the updated record, and explain the reasons for the weight

given to each opinion; 4) further consider the Plaintiff's residual functional capacity based on the updated record, citing specific evidence in support of the assessed limitations; 5) as appropriate, secure supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the Plaintiff's occupational base; and 6) consolidate and consider this matter together with the Plaintiff's subsequent application for Title XVI benefits filed on December 12, 2011.

## IT IS THEREFORE ORDERED THAT:

1. The parties' Joint Motion for Remand (Doc. # 12) is GRANTED, and the Clerk of Court is directed to enter Judgment in favor of Plaintiff;

2. The Commissioner's final decision is reversed and this matter is remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. §405(g) for further proceedings consistent with this Order; and

3. The case is terminated on the docket of this Court.

September 13, 2012

                                                  s/Sharon L. Ovington
                                                    Sharon L. Ovington
                                            United States Magistrate Judge