IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TODD WALKER, | : | |
| Plaintiff, | : | Case No. 3:11cv00445 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration, | :<br><br>: | |
| Defendant. | : | |

## DECISION AND ORDER

This case is before the Court upon Plaintiff's Application For Fees And Expenses Pursuant To The Equal Access To Justice Act (EAJA), 28 U.S.C. §2412 (Doc. #15).  The Commissioner has not filed a Memorandum in Opposition or otherwise opposed Plaintiff's Application.

Plaintiff seeks an award of attorney fees under the EAJA in the amount of $3,465.00 for attorney work performed in this case and in this Court.  Absent opposition by the Commissioner, Plaintiff's Application and supporting documents establish that he is entitled to an award of attorney fees under the EAJA in the total amount he seeks.

Accordingly, the Court hereby **ORDERS** that:

1. Plaintiff's Application For Fees And Expenses Pursuant To The Equal Access To Justice Act (Doc. #15) is **GRANTED**;

2. The Commissioner shall pay Plaintiff's attorney fees under the EAJA in the total amount of $3,465.00; and

3. The case remains terminated on the docket of this Court.

January 4, 2013  **THOMAS M. ROSE**

                                           Thomas M. Rose
                                    United States District Judge